# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDENILSON ANTONIO RIVAS-MUÑOZ,<br><br>    *Petitioner*,<br><br>  v.<br><br>KRISTI NOEM, *et al.*,<br><br>    *Respondents*. | Case No. 26-cv-00045-ABA |

## ORDER

On January 29, 2026, the Parties filed a joint status report, ECF No. 15, advising the Court that on January 22, 2026, Respondents provided Petitioner with a bond hearing pursuant to the Court's Order, ECF No. 14. Accordingly, the Court ORDERS as follows:

1. The joint status report, ECF No. 15, is ACCEPTED;

2. As Petitioner has been granted the relief to which he is entitled pursuant to ECF No. 14, the Clerk is directed to CLOSE this case.


Date:  January 29, 2026

                                                                       */s/*
                                              Adam B. Abelson
                                              United States District Judge